**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:  Glenn Edwin Baker
        Amanda Diane Baker
        1230 Thurell Rd.
        Columbus, OH  43229

Case No: 13-57466

Chapter 13

Judge: CHARLES M. CALDWELL

---

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY**

---

The above case having been COMPLETED on April 25, 2019, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriate Official Form.  The statement required by this section shall be filed by the debtor no later than the date when the last payment was made by the debtor as required by the plan or the date of the filing of a motion for discharge under §1328(b).

Within thirty (30) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at ch13.org/forms.php.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Glenn Edwin Baker
        Amanda Diane Baker
        1230 Thurell Rd.
        Columbus, OH  43229

Case No: 13-57466

Chapter 13

Judge: CHARLES M. CALDWELL

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on September 19, 2013.
The plan was confirmed on October 06, 2014.
The Case was concluded on April 25, 2019.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     52,668.50

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Amanda Diane Baker 00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| American Medical Collection Agency 00004    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| American Tax Funding 00001    Secured | 16,799.81 | 16,799.81 | 8,334.42 | 0.00 |
| American Tax Funding 00024    Secured | 10,112.46 | 10,112.46 | 0.00 | 0.00 |
| American Tax Funding 00025    Secured | 3,198.50 | 3,198.50 | 0.00 | 0.00 |
| COLUMBUS APPRAISAL CO LLC 00023    Appraiser | 175.00 | 175.00 | 0.00 | 0.00 |
| Dublin Methodist Hospital 00007    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ECMC 00005    Unsecured | 34.41 | 34.41 | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER 00026    Secured | 80.51 | 80.51 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Glenn Edwin Baker<br>00000      Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Guthy Renker<br>00008      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Immediate Health Assoc.<br>00009      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Immediate Health Assoc.<br>00010      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>00014      Unsecured | 1.07 | 1.07 | 0.00 | 0.00 |
| KeyBridge Medical Revenue<br>00012      Unsecured | 5.78 | 5.78 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>00006      Unsecured | 4.41 | 4.41 | 0.00 | 0.00 |
| Mercy Willard Hospital<br>00013      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Midwest Physicians Anesthesia Services<br>00015      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Mount Carmel Health<br>00016      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Nationwide Childrens Hospital<br>00017      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Podiatry<br>00018      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTIC<br>00019      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Incorporated<br>00020      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| RJMA Acquisitions<br>00011      Unsecured | 0.63 | 0.63 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING<br>00028      Supplemental Secured | 863.83 | 863.83 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING<br>00029      Supplemental Secured | 2,331.68 | 2,331.68 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING<br>00030      Supplemental Secured | 4,278.22 | 4,278.22 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING<br>00027      Pre-Pet MTG Arrears | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING<br>00002      Mortgage | Paid outside | 0.00 | 0.00 | 0.00 |
| Women Physicians in OB Gyn<br>00021      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| WOW Internet & Cable<br>00022      Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Wyndham Vacation<br>00003      Unsecured | Surrendered | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 37,665.01 | 175.00 | 4,630.19 | 0.00 | 0.00 | 42,470.20 |
| PRIN PAID | 37,665.01 | 175.00 | 46.30 | 0.00 | 0.00 | 37,886.31 |
| INT PAID | 8,334.42 | 0.00 | 0.00 | 0.00 |  | 8,334.42 |
|  |  |  |  | TOTAL PAID: |  | 46,220.73 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Michael A Cox | 3,200.00 | 3,200.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,166.98 | 0.00 | 80.79 | 3,247.77 |

Dated: 05/02/2019

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Glenn Edwin Baker<br>Amanda Diane Baker<br>1230 Thurell Rd.<br>Columbus, OH  43229 | Case No: 13-57466<br><br>Chapter 13<br><br>Judge: CHARLES M. CALDWELL |

**CERTIFICATION AND OPPORTUNITY TO OBJECT**

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History:

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released from the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Account will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account.  No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. §1302(b)(1) and FRBP 5009(a).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: Glenn Edwin Baker<br>Amanda Diane Baker<br>1230 Thurell Rd.<br>Columbus, OH 43229 | Case No: 13-57466<br><br>Chapter 13<br><br>Judge: CHARLES M. CALDWELL |

## CERTIFICATE OF SERVICE

I hereby certify that on May 02, 2019, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Michael A Cox

and on the following by **ordinary U.S. Mail** addressed to:

Glenn Edwin Baker
Amanda Diane Baker
1230 Thurell Rd.
Columbus, OH 43229
**See Creditor Matrix**
**All Creditors and Parties in Interest**

American Tax Funding, LLC
, 000000000

ECMC
PO BOX 16408
St. Paul, MN 551160000

Household Realty Corporation
, 000000000

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 563029617

Select Portfolio Servicing, Inc
3815 South West Temple
Salt Lake City, UT 841150000

US Bank, NA
, 000000000

American Medical Collection Agency
2269 S. Saw Mill River Rd. Bldg. 3
Elmsford, NY 105233848

American Tax Funding LLC
Keith D. Weiner & Assoc. Co. LPA
75 Public Sq. 4th Fl.
Cleveland, OH 441130000

American Tax Funding, LLC
345 Jupiter Lakes Blvd.
Suite 300
Jupiter, FL 334587100

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 432150000

BANK OF NY ELT FOR BARCLAYS
BANK PLC
Claims Filing Unit
PO Box 8973
Madison, WI 537088973

Barclay's Bank Deleware
100 S West St
Wilmington, DE 198010000

Choice Recovery
1550 Old Henderson Rd. St.
Columbus, OH 432200000

Cmre Financial Services Inc
3075 E. Imperial Hwy
Suite 200
Brea, CA 928210000

Columbus Appraisal Company, LLC
PO Box 1946
Powell, OH 430650000

Credit Management Lp
, 000000000

Credit One Bank
Po Box 98873
Las Vegas, NV 891930000

Dublin Methodist Hospital
PO Box 403631
Atlanta, GA 303843631

Educational Credit Management
Corporation
PO Box 16408
St. Paul, MN 551160408

Franklin County Treasurer
373 S High St FL 17
Columbus, OH 432150000

Guthy Renker
PO Box 11448
Des Moines, IA 503360000

HFC/Beneficial Mortgage Services
Attn: Bankruptcy
961 Weigel Dr.
Elmhurst, IL 601260000

Household Realty Corporation
c/o HSBC Consumer Lending Mortgage
Servi
636 Grand Regency Blvd.
Brandon, FL 335100000

Immediate Health Assoc.
PO Box 712570
Cincinnati, OH 452712570

Key Bank
PO Box 183062
Columbus, OH 432183062

KeyBridge Medical Revenue
Attn: Bankruptcy
Po Box 1568
Lima, OH 485020000

Keybridge
PO Box 1568
Lima, OH 458020000

Kim M. Hammond, Esq.
75 Public Square
Suite 600
Cleveland, OH 441130000

LVNV Funding, LLC
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 296030587

MOST FUNDING II LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN 563029617

Mercy Willard Hospital
1100 Neal Zick Rd.
Willard, OH 448900000

Midwest Emergency Services
17717 Masonic Blvd.
Fraser, MI 480260000

Midwest Physician Anesthesia Services
5151 Reed Rd.
Suite 105 B
Columbus, OH 432200000

Mount Carmel
P.O. Box 713189
Columbus, OH 432713189

Nationwide Childrens Hospital
Dental Clinic
Dept L 2434
Columbus, OH 432600000

Pcb
5500 New Albany Rd.
New Albany, OH 430540000

Podiatry
C/o Choice Recovery
1550 Old Henderson Rd.
Columbus, OH 432200000

Qualink
PO Box 1090
Westerville, OH 430860000

Quest Diagnostic
PO Box 79001
Detroit, MI 482791214

Radiology Incorporated
Dept. L-647
Columbus, OH 432600001

Rjm Acq Llc
575 Underhill Blvd.
Ste 2
Syosset, NY 117910000

Rjm Acquisitions Llc
575 Underhill Blvd, Suite 224
Syosset, NY  117910000

Stan C. Cwalinski, Esq.
75 Public Square
4th Floor
Cleveland, OH  441130000

U.S. Bank National Association
Serviced by Select Portfolio Servicing
3217 S. Decker Lake Dr.
Salt Lake City, UT  841150000

United Collect Bur Inc
PO Box 712570
Cincinnati, OH  452712570

United Collection Bureau, Inc.
5260 Southwyck Blvd., Suite 206
Toledo, OH  436140000

Women Physicians in OB Gyn
6905 Perimiter Loop Rd.
Suite 220
Dublin, OH  430170000

Wow Internet & Cable
PO Box 118288
Carrollton, TX  750070000

Wyndham Vacation
10750 W. Charleston
Las Vegas, NV  891350000

Amanda Diane Baker
1230 Thurell Rd.
Columbus, OH  432290000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Glenn Edwin Baker
1230 Thurell Rd.
Columbus, OH  432290000

Michael A Cox
2500 High Street
Suite 100
Columbus, OH  432020000